```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
LUIS MARINO ANDUJAR MATEO,
*individually and on behalf of others similarly situated*,

                *Plaintiff*,

-against-

EL GRAN VALLE RESTAURANT CORP. (D/B/A EL GRAN VALLE), LAS HERMANAS REST. INC. (D/B/A EL GRAN VALLE), EL NUEVO VALLE REST. CORP. (D/B/A EL GRAN VALLE), MANUEL VIDAL, GRISELDA REYES, DELVY CASTIO (A.K.A DELVY CASTRO; A.K.A. DAVID CASTRO), and DARIO DOE,

                *Defendants*.
------------------------------------------------------X

18-cv-4069

**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, and ordered by the Court, that:

    (a)    the parties' settlement, including the settlement of claims under the Fair Labor Standards Act and New York Labor Law, is fair and reasonable; and

    (b)    the above-captioned action and all causes of action that were or could have been asserted therein, including any and all claims under the Fair Labor Standards Act and/or New York Labor Law, are dismissed *with prejudice* pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and without costs, disbursements or attorneys' fees to any party.

Dated: 6/6/ , 2019

**MICHAEL FAILLACE & ASSOCIATES, P.C.**

By: Gennadiy Naydenskiy
60 East 42nd Street, Suite 2540
New York, New York 10165
(212) 317-1200

*Attorneys for Plaintiff*

Dated: June 4 , 2019

**LITTLER MENDELSON, P.C.**

By: Eric D. Witkin
900 Third Avenue
New York, New York 10022
(212) 583-9600

*Attorneys for Defendants*

SO ORDERED: 7/31/19

_____
U.S.M.J.

This Court will retain jurisdiction for purposes of enforcement of the settlement Agreement.